# United States District Court

**DISTRICT OF MASSACHUSETTS**

Charles Raso, Trustee of the Massachusetts
Bricklayers and Mason Health and Welfare,
Pension and Annuity Funds

V.

Associated Building Solutions LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER.

**04-12018 GAO**

TO: (Name and address of defendant)

Jeff WArriner, Principal
Associated Building Solutions LLC
4 Constitution Way, Suite G
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esquire
Feinberg, Campbell & Zack, P.C.
177 Milk Stret
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

SEP 20 2004
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                      Signature of Server

            _____
            Address of Server

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

I hereby certify and return that on 9/28/2004 at 11:40AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of ASSOCIATED BUILDING SOLUTIONS, LLC, JEFF WARRINER, PRINCIPAL, 4 CONSTITUTION Way, SUITE G, WOBURN, MA 01801. LEFT AT THIS ADDRESS PER ORDER OF PLAINTIFF'S ATTORNEY. Attest ($5.00), Basic Service Fee ($20.00), Conveyance ($2.70), Postage and Handling ($1.00), Travel ($6.40) Total Charges $35.10

October 1, 2004

Deputy Sheriff

1)