UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>                 Plaintiff,<br><br>v.<br><br>ASSOCIATED BUILDING SOLUTIONS, LLC<br>                 Defendants. | C. A. No. 04-12018 GAO |

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant, Associated Building Solutions, LLC, in the above-captioned action. Defendant was served with the complaint and summons on September 28, 2004. A proof of service was filed with this Court on October 45, 2004.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated:  October 27, 2004                    Respectfully submitted,

                                                     Catherine M. Campbell
                                                     BBO #549397
                                                     Fienberg, Campbell & Zack, P.C.
                                                     177 Milk Street
                                                   Boston, MA 02109
                                                   (617) 338-1976


                                                 /s/ Catherine M. Campbell_____
                                                 Attorney for Plaintiff,
                                                 Charles Langone, Fund Manager

Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Jeff Warriner, Principal, Associated Building Solutions LLC, 4 Constitution Way, Suited G, Woburn, MA 01801.


Date: October 27, 2004

/s/Catherine M. Campbell
Catherine M. Campbell