UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO<br>         Plaintiff<br><br>V.<br><br>ASSOCIATED BUILDING SOLUTIONS, LLC<br>         Defendant | CIVIL ACTION<br><br>NO.   04-12018-GAO |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, CHARLES RASO for an order of Default for failure of the Defendant, ASSOCIATED BUILDING SOLUTIONS, LLC, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  14  day of JANUARY, 2005                                           .

                                        TONY ANASTAS
                                        CLERK OF COURT


                                        By:     PAUL S. LYNESS
                                            Deputy Clerk

Notice mailed to:  CATHERINE M. CAMPBELL

**(Default Notice.wpd - 2/2000)**   **[ntcdflt.]**