UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

|  |  |
|---|---|
| CHARLES RASO, TRUSTEE <br> of the MASSACHUSETTS BRICKLAYERS <br> AND MASONS HEALTH AND WELFARE, <br> PENSION AND ANNUITY FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED BUILDING SOLUTIONS, LLC <br> Defendant. | C. A. No. 04-12018 GAO |

## JUDGMENT

George A. O'Toole, D.J.

    Defendant Associated Building Solutions, LLC., having failed to plead or otherwise defend in this action, and its default having been entered,

    Now, upon application and affidavits demonstrating that defendant owes plaintiff the principal amount of $54,326.98, interest in the amount of $8,441.74, liquidated damages in the amount of $864.00 and interest on liquidated damages in the amount of $66.17 with costs in the amount of $1,325.35 with credit for payment made, the total judgment is $60,884.80. Defendant is not an infant or incompetent person or in the military service of the United States.

    It is hereby ORDERED, ADJUDGED AND DECREED that plaintiffs recover from Associated Building Solutions, LLC., the sum of $60,884.80. Plaintiffs maintain their right to avoid the payroll records of Defendant and seek additional contributions that may be owed pursuant to that audit.

By the Court,

Dated:_____   _____
                                                                        Deputy Clerk