UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

|  |  |
|---|---|
| CHARLES RASO, TRUSTEE <br> of the MASSACHUSETTS BRICKLAYERS <br> AND MASONS HEALTH AND WELFARE, <br> PENSION AND ANNUITY FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED BUILDING SOLUTIONS, LLC <br> Defendant. | C. A. No. 04-12018 GAO |

### AFFIDAVIT OF CATHERINE M. CAMPBELL IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO SECTION 502(g)(2) OF ERISA, 29 U.S.C. § 1132(g)(2)

Catherine M. Campbell deposes and says as follows:

1. I am an attorney associated with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts, the United States District Court for the Northern District of California, the United States Court of Appeals for the First Circuit, the Massachusetts Supreme Judicial Court, and the California Supreme Court. I specialize in litigation under the Employee Retirement Income Security Act of 1974 (ERISA) and the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA). I have acted as legal representative of the Massachusetts Bricklayers and Masons Trust Funds ("Funds") for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing collection of pension contributions due and owing the Funds from the Defendant has been 5.25 hours. Pursuant to financial arrangements made by this office with the Funds, services performed by an attorney in

this office for the Funds are charged at the rate of $215.00 per hour for a total of $1,128.75. Costs incurred of total $196.60. Accordingly, the amount of legal fees and costs incurred by the Funds as a result of the work performed by this office is $1,325.35 (see attached documentation).

I DECLARE UNDER PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT THIS 4 DAY OF FEBRUARY 2005.

*[signature]*
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

Date: 01/27/2005     **Detail Transaction File List**     Page: 1
Feinberg, Campbell & Zack, P.C.

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 100.246 | 08/20/2004 | 7 | A | 1 | 215.00 | 0.75 | 161.25 | Review and open new file; Preparation of Demand letter<br>Mass. Bricklayers & Masons Funds<br>Associated Building Solutions | ARCH |
| 100.246 | 09/17/2004 | 7 | A | 1 | 215.00 | 1.50 | 322.50 | Preparation of Summons and Complaint<br>Mass. Bricklayers & Masons Funds<br>Associated Building Solutions | ARCH |
| 100.246 | 09/29/2004 | 7 | A | 1 | 215.00 | 0.50 | 107.50 | Telephone conference with Sheriff; Internet research regarding agent for process; Request for new Summons<br>Mass. Bricklayers & Masons Funds<br>Associated Building Solutions | ARCH |
| 100.246 | 10/28/2004 | 7 | A | 1 | 215.00 | 1.25 | 268.75 | Preparation of Summons and Complaint<br>Mass. Bricklayers & Masons Funds<br>Associated Building Solutions | ARCH |
| 100.246 | 12/15/2004 | 7 | U | 1 | 215.00 | 1.25 | 268.75 | Preparation of Complaint<br>Mass. Bricklayers & Masons Funds<br>Associated Building Solutions | 5 |
| **Total for Fees** | | | | | Billable | 5.25 | 1128.75 | | |
| **Advances** | | | | | | | | | |
| 100.246 | 09/17/2004 | 1 | A | 117 | | | 11.50 | Courier/Messenger Service (1115) City Express to US District Court<br>Mass. Bricklayers & Masons Funds<br>Associated Building Solutions | ARCH |
| 100.246 | 09/21/2004 | 1 | A | 114 | | | 150.00 | Filing Fees/ (38) Clerk, US District Court<br>Mass. Bricklayers & Masons Funds<br>Associated Building Solutions | ARCH |
| 100.246 | 09/28/2004 | 1 | A | 115 | | | 35.10 | Service of Summons & Complaint: (2350) Commonwealth of Massachusetts, Middlesex Sheriff's Office<br>Mass. Bricklayers & Masons Funds<br>Associated Building Solutions | ARCH |
| **Total for Advances** | | | | | Billable | 0.00 | 196.60 | | |
| | | | | | **GRAND TOTALS** | | | | |
| | | | | | Billable | 5.25 | 1325.35 | | |

Thursday 01/27/2005 12:00 pm