UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

CHARLES RASO, TRUSTEE )
of the MASSACHUSETTS BRICKLAYERS )
AND MASONS HEALTH AND WELFARE, )
PENSION AND ANNUITY FUNDS, )
)
               Plaintiff, )   C. A. No. 04-12018 GAO
)
v. )
)
ASSOCIATED BUILDING SOLUTIONS, LLC )
               Defendant. )
)

## DECLARATION OF DAMAGES

Gregory L. Sarno, being first duly sworn, deposes and says:

1. I am employed as the Fund Administer of the Massachusetts Bricklayers and Masons Health and Welfare, Pension and Annuity Funds (hereinafter the "Funds") located at 645 Morrissey Boulevard, Boston, MA 02122.

2. The Defendant was obligated to make contributions to the Funds pursuant to a collective bargaining agreement between Defendant Associated Building Solutions, Inc. and Building Trades Employers Association of Boston and Eastern Massachusetts and Bricklayers and Allied Craftsmen Union Local 3 Eastern Massachusetts.

3. Defendant failed to make contributions pursuant the above agreement and the Agreements and Declarations of Trust of the Funds from November 2003 to the present. A summary of the contributions owed pursuant to such agreements is attached hereto.

4. In accordance with 29 U.S.C. §1132(g)(2), the Defendant owes to the Funds the following amounts.

    a.    Delinquent contributions in the amount of $54,326.98;

    b.    Interest at the contractual rate of 1.5% per month compounded monthly in the amount of $8,441.74 through January 27, 2005.

    c.    Contractual liquidated damages in the amount of $864.00 and interest on the liquidated damages in the amount of $66.17 at a contractual rate of 1.5% per month compounded monthly.

    d.    Reasonable attorneys fees and costs in the amount of $1,325.35. (See attached Affidavit of Catherine M. Campbell.)

5. Defendant has made one payment of $4,139.44, that has been credited to the balance owed.

6. Based on the foregoing, the Defendant owes the Funds a total of $60,884.80.

I declare under penalties of perjury that the foregoing is true and correct this 3rd day of February, 2005.

                                                    */s/ Gregory L. Sarno*
                                                    Gregory L. Sarno

# MASSACHUSETTS BRICKLAYERS and MASONS
# HEALTH, PENSION and ANNUITY FUNDS

Page 1
Interest Date: 1/27/2005
Interest Charge: 1.50%
Amount per person: $3.00

ASSOCIATED BUILDING SOLUTIONS

**Local 3**

| Month | No Emp. | Hours | Rate | Months | Contributions | Liquidated Damages | Interest on Liquidated Damages | Interest On Contribution | Total Due | Payment Amount | Balance Due | Check No. | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov-03 | 6 | 768 | $17.32 | 8 | $13,301.76 | $126.00 | $5.81 | $1,461.13 | $14,894.70 | $4,139.44 | $10,755.26 | 416 | 7/26/2004 |
| Nov-03 | 6 | 768 | $17.32 | 8 | $0.00 | $0.00 | $0.00 | $0.00 | $10,755.26 | $0.00 | $10,755.26 | 0 | |
| Nov-03 | 6 | 768 | $17.32 | 14 | $0.00 | $108.00 | $16.45 | $992.69 | $11,872.40 | $0.00 | $11,872.40 | 0 | |
| Dec-03 | 6 | 569 | $17.32 | 13 | $9,855.08 | $216.00 | $18.74 | $1,927.83 | $12,017.65 | $0.00 | $12,017.65 | 0 | |
| Jan-04 | 1 | 8 | $17.32 | 12 | $138.56 | $33.00 | $2.59 | $24.66 | $198.81 | $0.00 | $198.81 | 0 | |
| Feb-04 | 4 | 339 | $18.66 | 11 | $6,325.74 | $120.00 | $8.43 | $1,015.54 | $7,469.71 | $0.00 | $7,469.71 | 0 | |
| Mar-04 | 4 | 356 | $18.66 | 10 | $6,642.96 | $108.00 | $6.71 | $952.53 | $7,710.20 | $0.00 | $7,710.20 | 0 | |
| Apr-04 | 2 | 268 | $18.66 | 9 | $5,000.88 | $48.00 | $2.60 | $632.57 | $5,684.05 | $0.00 | $5,684.05 | 0 | |
| May-04 | 5 | 700 | $18.66 | 8 | $13,062.00 | $105.00 | $4.84 | $1,434.79 | $14,606.63 | $0.00 | $14,606.63 | 0 | |
| | | | | | $54,326.98 | $864.00 | $66.17 | $8,441.74 | $63,898.89 | $4,139.44 | $59,559.45 | | |
| **Final Total Due** | | | | | $54,326.98 | $864.00 | $66.17 | $8,441.74 | $63,898.89 | $4,139.44 | $59,559.45 | | |