UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES RASO
      Plaintiff(s)

v.                            CIVIL ACTION NO.  04-12018-GAO

ASSOCIATED BUILDING SOLUTIONS. LLC
      Defendant(s)

### JUDGMENT IN A CIVIL CASE

O'TOOLE      , D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    that defendant owes plaintiff the principal amount of $54,326.98, interest in the amount of $8,441.74, liquidated damages in the amount of 864.00 and interest on liquidated damages in the amount of $66.17 with costs in the amount of $1,325.35 with credit for payment made, the total judgment is $60,884.80. Defendant is not an infant or incompetent person or in the military service of the United States.

                                                          SARAH THORNTON
                                                          CLERK OF COURT

Dated:  3/7/05                           By   Paul Lyness
                                                   Deputy Clerk