## UNITED STATES DISTRICT COURT
## DISTRICT MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE )<br>of the MASSACHUSETTS BRICKLAYERS )<br>AND MASONS HEALTH AND WELFARE, )<br>PENSION AND ANNUITY FUNDS, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, 　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>ASSOCIATED BUILDING SOLUTIONS, LLC )<br>　　　　　　　Defendant. 　　　　　　　) | C. A. No. 04-12018 GAO |

## SATISFACTION OF JUDGMENT

As the Defendant has paid all sums owed under the Judgment issued in this matter, the Plaintiff hereby states that the Judgment has been wholly satisfied.

Dated: February 25, 2008

Respectfully submitted,
For the Plaintiff,
By its Attorney,

/s/ Catherine M. Campbell
Catherine M. Campbell, Esq.
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976

## CERTIFICATE OF SERVICE

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Jeff Warriner, Principal, Associated Building Solutions LLC, 4 Constitution Way, Suited G, Woburn, MA 01801

Dated: February 25, 2008

/s/ Catherine M. Campbell
Catherine M. Campbell, Esq.